UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Michael Gieneart,

Plaintiff,

v.

Seagate Technology,

Defendant.

**ORDER**

Civil #01-987 PAM/JGL

Upon plaintiff's motion, and for good cause shown, the Court finds that this action should be reopened.

Accordingly, **IT IS ORDERED** that:

1. The Order of this Court dated September 17, 2001, which dismissed this action is vacated.
2. This action is reopened.
3. The Plaintiff shall have until Monday, November 5, 2001 to serve the complaint on the defendant.

Dated: October 4, 2001

PAUL A. MAGNUSON, JUDGE
**United States District Court**

FILED OCT 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________