UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Court File No.: 01-CV-987 PAM/JGL

STEVEN MICHAEL GIENEART,

Plaintiff,

vs.

SEAGATE TECHNOLOGY, LLC.,

Defendant.

# ORDER

This matter came on for hearing before the Honorable Jonathan G. Lebedoff on April 23, 2002, on Defendant's motion for entry of a protective order in the form submitted by Defendant.

H. Le Phan, Esq., appeared for and on behalf of Defendants. Steven M. Gieneart appeared *pro se*.

**NOW, THEREFORE,** based upon all the files, records and proceedings herein it is hereby ordered:

1. The Court adopts defendant's protective order in its entirety.

Dated: April 23, 2002

Jonathan G. Lebedoff
Magistrate Judge

FILED APR 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

433366/1