UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Michael Gieneart, Civ. File No. 01-987 (PAM/JGL)

Plaintiff,

v. **ORDER**

Seagate Technology, LLC,

Defendants.

---

Plaintiff Steven Michael Gieneart has come to the Court seeking a preliminary injunction ordering Defendant to pay him $55,523.32. After carefully reviewing the parties' submissions in this matter, the Court denies Plaintiff's request. As Defendant points out, Mr. Gieneart has failed to demonstrate that he does not have an adequate remedy at law and that he will suffer immediate and irreparable injury in the absence of an injunction. See Packard Elevator v. Interstate Commerce Comm'n, 782 F.2d 112, 114 (8th Cir. 1986).

Accordingly, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Preliminary Injunctive Relief (Clerk Doc. No. 27) is **DENIED**.

Dated: June 20, 2002

Paul A. Magnuson
United States District Court Judge

JUN 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK