UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Steven M. Gieneart,

Plaintiff,

vs. MINUTE ORDER

Seagate Technology, LLC,

Defendant. Civ. No. 01-987 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 30th day of January, 2003.

* * *

On January 30, 2003, the Court heard argument on the Defendant's Motion to Compel the Plaintiff to execute consent forms for the release of Social Security Administration ("SSA") records which relate to his receipt of Social Security disability benefits. At the time of the Hearing, the Plaintiff appeared on his own behalf, and the Defendant appeared by James F. Baldwin, Esq. For reasons expressed at the close of the Hearing, the Motion is granted.

The Plaintiff filed no response to the Defendant's Motion and, at the time of the Hearing, could provide the Court with no legal basis to object to the Defendant's Motion.[1] As we advised the

[1]We understand the Plaintiff to be proceeding pro se, but that does not excuse his failure to respond to the Defendant's discovery (continued...)

JAN 3 0 2003

Plaintiff, in view of the Supreme Court's holding, in Cleveland v. Policy Management Systems Corp., 526 U.S. 795, 806 (1999), the SSA award of disability benefits may impact upon issues involving the Defendant's liability, his entitlement to a Jury Verdict, or to the amount of damages, if the Jury were to find the Defendant liable. Accordingly, we conclude that the Defendant's discovery request is relevant to the claims and defenses in this action, and that the requisite consent, in order to allow the Defendant to review the pertinent Social Security files, should be provided forthwith.

In an abundance of caution, however, we suggested to the Plaintiff that, if he had a concern about executing the Consent form, he should discuss with appropriate personnel at SSA about that subject. We further allowed the Plaintiff to advise this

---

[1](...continued)
Motion. As our Local Rules provide:

> In the even a party fails to timely deliver ans serve a memorandum of law, the Court may strike the hearing from its motion calendar, continue the hearing, refuse to permit oral argument by the party not filing the required statement, consider the matter submitted without oral argument, allow reasonable attorney's fees, or proceed in such other manner as the Court deems appropriate.

D. Minn. LR7.1(d).

More importantly, if the Plaintiff had no legitimate objection to the Defendant's discovery Motion, then the proper course would be to execute the consent forms, which have been provided by the SSA, and not burden the Court with an additional Hearing.

Court if the SSA were to counsel him, for some reason unknown to the Court, not to execute the Consent form, within seven days of the date of this Order. We reiterate that our allowance is not intended to permit the Plaintiff to submit authorities to the Court, or additional argument on the Motion, that he had not previously filed on a timely basis.

NOW, THEREFORE, It is --

ORDERED:

1. That the Defendant's Motion to Compel the Plaintiff to Sign Authorization for Social Security Administration Records [Docket No. 47] is GRANTED.

2. That the Plaintiff is directed to execute, within seven days of this Order, the standard Consent form, which is provided by the Social Security Administration, for the release of the records of that Agency which pertain to the Plaintiff's application for disability benefits.

3. That, given the Plaintiff's pro se status, he is afforded the same seven day period to advise the Court of any insurmountable reason why the referenced Consent form cannot be executed.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The District of Minnesota is pleased to announce the offering of a service called New Cases System (NCS) on our web site at www.mnd.uscourts.gov. The NCS lists new civil and criminal cases filed in St. Paul, Minneapolis or Duluth each day. It indicates the date assigned, case number, case name, the city in which the case was filed, and the District and Magistrate Judge assigned to the case.

The web NCS is available free of charge. The NCS may also be accessed from the public terminals located in the clerk's offices at the addresses above.