AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Steven M. Gieneart

V.

Seagate Technology, L.L.C.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-987 PAM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant's motion for summary judgment is GRANTED.

April 3, 2003
Date

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery
(By) Mary Kaye Conery, Deputy Clerk