# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664 5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk

## TRANSMITTAL OF APPEAL

**Date:** May 16, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Mary Kaye Conery, Deputy Clerk

**In Re:** District Court Case No.: 01-987 PAM/RLE
Eighth Circuit Case No.:
Case Title: Steven Michael Gieneart v. Seagate Technology

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

X Notice of Appeal
X Order/Judgement appealed from
X Docket Entries
X Other:
☐ The statutory filing fee has been paid, receipt # .
☐ The statutory filing fee has been waived:
☐ USA filed appeal
X In Forma Pauperis: X Motion Pending X Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

### TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

X Original File(s), consisting of 2 file(s) and 2 expendables.
X Two certified copies, and one uncertified copy of updated docket sheet from 5/15/03.
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ____________________

Date Returned to USDC: ____________

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

CIVIL NO. 0:01-CV-987 (PAM/RLE)

**PLAINTIFF** ------------------------------------------------------------------------------------------
--------------- **Steven Michael Gieneart** would-be appellant: reluctantly, as yet without counsel, but resolutely determined to fulfill my obligation(s) as a citizen of these United States and pro se litigant before its judicial branch: now residing at 920 Ithaca Lane North, Plymouth Minnesota, 55447 ----------------------

**Vs.**

**NOTICE OF INTENT TO APPEAL FROM SUMMARY JUDGEMENT & STATEMENT OF INTENT**

**DEFENDANT** ------------------------------------------------------------------
------------------ **Seagate Technology, LLC**, would-be appellee: a Delaware Corporation appearing in the legally representative form(s), of Messrs. James F. Baldwin and Gregory J. Wiley, Esquire(s) and Ms. H. Li Phan, Esquire; as they are presently or were previously engaged in the practice of law with or for or as the Firm of MOSS & BARNETT, 4800 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402-4219---------------------------------------------------

## STATEMENT OF INTENT

In civil pursuit of any and all judicial relief and remedy-at-law from every injury of which Defendant has previously been alleged afflicting me: with all due respect for the wisdom in the District Court's findings and in accordance with Federal Rules of Appellate Procedure, I hereby serve notice in the equitable United States Eighth Circuit Court of Appeals, for the District of Minnesota, of my intent to appeal the above-captioned matter from that earlier Court's order of summary judgement; such as now stands dismissing my claims as of April 3, 2003.

Steven Michael Gieneart pro se

May 2, 2003

FILED MAY 05 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

59