UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven M. Gieneart, Civ. File No. 01-987 (PAM/RLE)

Plaintiff,

v. **ORDER**

Seagate Technology, L.L.C.,

Defendant.

---

This matter comes before the Court on Plaintiff's apparent Application to proceed in forma pauperis on appeal. Pursuant to Federal Rule of Appellate Procedure 24(a)(1), a party wishing to appeal a district court's order in forma pauperis must file a motion in district court and attach an affidavit that: "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal."

Plaintiff filed papers with the Court, consisting of a photo copy of a petition that Plaintiff filled out and filed on September 30, 2002, in the course of proceedings in United States Bankruptcy Court . However, based on the bankruptcy petition alone, this Court can not ascertain the ability or inability of Plaintiff to pay the appellate filing fees and costs. For instance, Form 4 requires an applicant to list his or her average income for the twelve months immediately preceding the date of the application to appeal in forma pauperis. Because the

MAY 2
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

papers filed by Plaintiff are dated September 30, 2002, this Court has no way to determine Plaintiff's average income during the last eight months.

Plaintiffs filing is insufficient to meet the requirements of Rule 24. The Court cannot permit him to proceed in forma pauperis based on the bankruptcy petition alone. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Proceed In Forma Pauperis (Clerk Doc. No. 60) is **DENIED without prejudice;**

2. The Clerk is directed to mail a proper application to proceed in forma pauperis on appeal to Plaintiff.

Dated: May 21, 2003

Paul A. Magnuson
United States District Court Judge