+UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven M. Gieneart,

Plaintiff,

v.

Seagate Technology, L.L.C.,

Defendant.

Civ. File No. 01-987 (PAM/RLE)

**MEMORANDUM AND ORDER**

---

This matter is before the Court on Plaintiff's Application to Proceed In Forma Pauperis on Appeal. Plaintiff submitted the Application on July 2, 2003. He did not, however, submit the financial affidavit required for the Court to determine the merits of the Application. Despite receiving two extensions of time in which to submit the affidavit, and despite assuring the Court that the submission would be forthcoming, Plaintiff has yet to file the required affidavit. Thus, the Court must deny the Application.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed In Forma Pauperis on Appeal (Clerk Doc. No. 63) is **DENIED without prejudice**.

Dated: September 20, 2003

Paul A. Magnuson
United States District Court Judge

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________