# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2540MN

| | | |
|---|---|---|
| Steven Michael Gieneart | * | |
| Appellant, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| Seagate Technologies, Inc. | * | |
| Appellee. | * | |

## JUDGMENT

Appellant has failed to file a brief as ordered on October 14, 2004. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C. Mandate shall issue forthwith.

January 6, 2005

Order Entered under Rule 27B(a): Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
JAN 10 2005
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 6, 2005

RECEIVED
BY MAIL
JAN 10 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Mr. Steven Michael Gieneart
920 Ithaca Lane, N.
Plymouth, MN 55447

Re: 03-2540 Steven M. Gieneart vs. Seagate Technologies

Dear Mr. Gieneart:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

jpp

Enclosure(s)

cc: James F. Baldwin
Huyen Le Phan
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-987 PAM/RLE